Nona McLaughlin, Appellant, v. City of Syracuse, Respondent.— Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.